UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR11-221RSM |
| Plaintiff, | ORDER |
| v. | |
| JOHN VALDA RICE | |
| Defendant. | |

The Court has received and considered Defendant's Motion to Modify Sentence dated November 18, 2021 (received by the Court on December 17, 2021, Dkt #27).

Defendant's motion is DENIED.

DATED this 10th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER - 1